```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 18622
   SHALONDA C SLOAN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8505


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/10/2007 and was not confirmed.

     The case was dismissed without confirmation 01/10/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
ASSET MANAGEMENT HOLDING CURRENT MORTG          .00           .00            .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG          .00           .00            .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG          .00           .00            .00
DEUTSCHE BANK NATIONAL T CURRENT MORTG          .00           .00            .00
ASSET MANAGEMENT HOLDING MORTGAGE ARRE      8836.00           .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE      5000.00           .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE     21629.90           .00            .00
DEUTSCHE BANK NATIONAL T MORTGAGE ARRE          .00           .00            .00
CAPITAL ONE AUTO FINANCE SECURED VEHIC     36859.00           .00         365.91
DRIVE FINANCIAL SERVICES SECURED VEHIC     55379.00           .00         599.72
DRIVE FINANCIAL SERVICES UNSEC W/INTER      5267.99           .00            .00
BALLYS TOTAL FITNESS     UNSEC W/INTER    NOT FILED           .00            .00
BALLYS TOTAL FITNESS     UNSEC W/INTER    NOT FILED           .00            .00
OFFICE DEPOT             UNSEC W/INTER    NOT FILED           .00            .00
COMMONWEALTH EDISON      UNSEC W/INTER    NOT FILED           .00            .00
GREAT LAKES HIGHER EDUC  UNSEC W/INTER    NOT FILED           .00            .00
GREAT LAKES HIGHER EDUC  UNSEC W/INTER    NOT FILED           .00            .00
HSBC NV                  UNSEC W/INTER    NOT FILED           .00            .00
THE PET HOSPITAL         UNSEC W/INTER    NOT FILED           .00            .00
MIDLAND CREDIT MANAGEMEN UNSEC W/INTER       402.93           .00            .00
NICOR GAS                UNSEC W/INTER    NOT FILED           .00            .00
OXFORD COLLECTION SERVIC UNSEC W/INTER    NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER      1669.41           .00            .00
CAPITAL ONE AUTO FINANCE UNSECURED          3278.00           .00            .00
COUNTRYWIDE HOME LOANS I NOTICE ONLY      NOT FILED           .00            .00
SECOND START             DEBTOR ATTY       3,010.00                          .00
TOM VAUGHN               TRUSTEE                                           66.03
DEBTOR REFUND            REFUND                                         1,982.92

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 3,014.58


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 18622 SHALONDA C SLOAN
```

```
PRIORITY                                                             .00
SECURED                                                           965.63
UNSECURED                                                            .00
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                               66.03
DEBTOR REFUND                                                   1,982.92
                                    ---------------     ---------------
TOTALS                                     3,014.58            3,014.58
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 04/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```